**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: S.W., A MINOR   : No. 530 MAL 2014
  :
  : Petition for Allowance of Appeal from the
  : Order of the Superior Court
PETITION OF: S.W.   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.